UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LARRY RUMBOUGH,

    Plaintiff,

                                          Case No. 6:12-cv-815-Orl-22 DAB

-v-

BANK OF AMERICA CORP.

    Defendants.

**NOTICE OF APPEARANCE OF COUNSEL AND
REQUEST FOR SERVICE OF DOCUMENTS FILED IN CASE**

    J. Marshall Gilmore, Esq. files this Notice of Appearance as Counsel of Record for Plaintiff, Larry Rumbough, in this matter and requests that all future service of documents be made on him at the address set out below for J. Marshall Gilmore.

Dated: September 11, 2012

                                          Respectfully submitted,

                                          __s/J. Marshall Gilmore_____
                                          J. Marshall Gilmore
                                          Florida Bar No. 840181
                                          1936 Lee Road, Suite 100
                                          Winter Park, FL 32789
                                          (407) 629-7322
                                          (407) 599-3801 fax
                                          mgilmore@mgilmorelaw.com

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been delivered this 11th day of September, 2012 electronically via Clerk of the Court by CM/ECF delivery to all parties.

                                          _s/J. Marshall Gilmore_____
                                          J. Marshall Gilmore, Esq.