**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

LARRY RUMBOUGH,
    Plaintiff,

v.                                    Case No. 6:12-cv-815-ORL-22DAB

BANK OF AMERICA CORPORATION;
FIA CARD SERVICES,
    Defendant.
_____/

## NOTICE OF UNAVAILABILITY

TO: ALL PARTIES TO THIS CAUSE, THEIR ATTORNEYS, AND ALL OTHER PERSONS TO WHOM IT MAY CONCERN, ARE CALLED UPON TO TAKE NOTICE THAT:

    The undersigned counsel, THOMAS S. CARGILL, files this Notice of Unavailability on the dates hereafter set forth:

**January 21, 2013 though January 28, 2013**

and respectfully requests that no hearings or depositions be scheduled during this time; no motions, requests to produce, interrogatories or other pleadings to be filed which require a timely response during this time; and that all pending matters remain in status quo, during this period of time. Undersigned counsel will be on previously scheduled vacation. The filing and service of this Notice shall constitute an application and request for continuance, extension of time and/or protective order as appropriately required for the above reasons.

/s/ Thomas S. Cargill
Christi R. Adams, Florida Bar No. 0498351
Thomas S. Cargill, Florida Bar No. 0061430
Foley & Lardner LLP
111 North Orange Avenue, Suite 1800
Orlando, FL 32801-2386
P. O. Box 2193
Orlando, FL 32802-2193
Telephone: 407.423.7656
Facsimile: 407.648.1743

Attorneys for Defendants BANK OF AMERICA CORPORATION and FIA CARD SERVICES, N.A.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 7, 2012, I electronically filed the foregoing with the Clerk of Court by using the ECF system, which will send a notice of electronic filing to all parties.

/s/ Thomas S. Cargill
Thomas S. Cargill

4827-3449-2433.1