UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LARRY RUMBOUGH,

      Plaintiff,

v.                                  Case No. 6:12-cv-815-Orl-22DAB

BANK OF AMERICA CORPORATION
AND FIA CARD SERVICES

      Defendants.
_____

## NOTICE OF PENDING SETTLEMENT

      Plaintiff files this Notice the Plaintiff and the Defendant have reached a settlement today of all issues in this case and will be filing a Notice of Dismissal as soon as the settlement documents have been prepared, signed and exchanged by the parties which is in process.

Dated: May 24, 2013

                                      Respectfully submitted,

                                      *__s/ J. Marshall Gilmore_____*
                                      **J. Marshall Gilmore, Esq**.
                                      Attorney for Larry Rumbough, Plaintiff
                                      Fla Bar No. 840181
                                      1936 Lee Road, Suite 100
                                      Winter Park, FL 32789
                                      (407) 937-8675 and (321) 591-9922
                                      (407) 599-3801 fax
                                      mgilmore@mgilmorelaw.com

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing has been delivered this 24th day of May, 2013 by CM/ECF system.:

                                __*s/ J. Marshall Gilmore*_____
                                J. Marshall Gilmore, Esq.